**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Barry A. Gersick, as Tax Matters Partner of Maun & Simon, PLC, and Barry A. Gersick, Individually**

**Petitioners,**

**v.** **Case No. 00-CV-1013 ADM / AJB**

**United States of America,**

**Respondent.**

---

**ORDER GRANTING UNITED STATES' MOTION FOR ENLARGEMENT OF TIME**

---

Upon consideration of the United States' Motion for Enlargement of Time ("Motion to Enlarge"), good cause appearing, it is hereby

**ORDERED** that the Motion to Enlarge should be, and hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the respondent shall have through and including July 19, 2000, to respond to the petition.

**SO ORDERED** this 24th day of May, 2000.

**ARTHUR J. BOYLAN**
**United States Magistrate Judge**

FILED MAY 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________