**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Barry A. Gersick, as Tax Matters Partner of Maun & Simon, PLC, and Barry A. Gersick, Individually**

**Petitioners,**

**v.**

**Case No. 00-CV-1013 ADM / AJB**

**United States of America,**

**Respondent.**

---

**STIPULATED ORDER DISMISSING PLAINTIFF IN HIS INDIVIDUAL CAPACITY ONLY**

---

The Court being apprised that an action of this type may be prosecuted by Barry A. Gersick in his capacity as Tax Matters Partner for Maun & Simon, PLC, but that he may not bring the action in his individual capacity, and

The Court being further advised that all parties, by and through counsel, consent and stipulate to the dismissal of Barry A. Gersick from the action, only to the extent that he is named in his individual capacity, and

The Court being further advised that the parties, by and through counsel, consent and stipulate that only so much of this action as involves the claim(s) of Barry A. Gersick in his individual capacity shall be dismissed, and that the same shall be without prejudice and without plaintiff Gersick's incurring any costs of this action individually, it is hereby

FILED OCT 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDERED**, pursuant to Federal Rule of Civil Procedure 41, that plaintiff Barry A. Gersick, in his individual capacity only, is dismissed from this action, without prejudice and without his incurring any costs to the respondent, and it is

**FURTHER ORDERED** that the claim(s) of Barry A. Gersick, in his individual capacity only, should be, and hereby are, dismissed, without prejudice and without his incurring any costs to the respondent, and it is

**FURTHER ORDERED** that all further pleadings, notices, and other papers filed or served in this action shall style the case as follows: "Barry A. Gersick, as Tax Matters Partner of Maun & Simon, PLC, Petitioner, vs. United States of America, Respondent."

**SO ORDERED** this 4th day of October, 2000.

**ARTHUR J. BOYLAN**
**United States Magistrate Judge**

**STIPULATED AND AGREED:**

**FOR THE PETITIONERS:**

MAUN & SIMON, PLC

Dated: September 25, 2000

Geoffrey P. Jarpe (#49761)
2000 Midwest Plaza Building West
801 Nicollet Mall
Minneapolis, MN 55402
(612) 904-7400

**FOR THE RESPONDENT:**

____________________________ Dated: September 29, 2000

Gerald B. Leedom (D.C. Bar # 912675)
Attorney, Tax Division, U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
(202) 514-6544