IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| BARRY A. GERSICK, AS TAX MATTERS PARTNER OF MAUN & SIMON, PLC, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Civil No. 00-CV-1013 ADM / AJB |
| UNITED STATES OF AMERICA, | ) | |
| DEFENDANT. | ) | |

ORIGINAL

**ORDER**

On motion of the United States of America it is hereby ordered that the United States of America may appear at the settlement conference scheduled for June 25, 2001, without a representative having full settlement authority provided that a representative with full settlement authority is available by telephone.

IT IS HEREBY ORDERED.

Dated: 5/17, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

Order proposed by:

CARL J. TIERNEY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-6499

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK