ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BARRY A. GERSICK, AS TAX MATTERS PARTNER OF MAUN & SIMON, PLC,

PETITIONER,

v.

Civil No. 00-CV-1013 ADM / AJB

UNITED STATES OF AMERICA,

RESPONDENT.

## STIPULATION FOR ENTRY OF JUDGMENT

It is hereby stipulated and agreed that the Court may enter judgment in the above-entitled case readjusting the Partnership items of the Maun & Simon, P.L.C., for taxable years ending December 31, 1995, and December 31, 1996, as follows:

1. The Partnership's administrative adjustments to ordinary income for the 1995 tax year are agreed to be as follows:

| Detail of Adjustment to Ordinary Income for Tax Year Ended 12-31-1995 | As Reported In FPAA | As Determined In This Case |
|---|---|---|
| a. Partners' Parking Expense | 37,795 | 37,795 |
| b. Deferred Lease Liability – Section 481 Adjustment | 224,637 | 57,575 |
| c. Section 467 Rent Adjustment | (36,903) | 0 |
| d. 481 Adjustment to 467 Lease | (85,050) | 0 |
| **Total Adjustments to Ordinary Income** | 140,479 | 95,370 |

NOV 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. NOV 30 2001
DEPUTY CLERK

2. The Partnership's administrative adjustments to ordinary income for the 1996 tax year are agreed to be as follows:

| **Detail of Adjustment to Ordinary Income for Tax Year Ended 12-31-1996** | **As Reported In FPAA** | **As Determined In This Case** |
|---|---|---|
| a. Partners' Parking Expense | 41,721 | 41,721 |
| b. Deferred Lease Liability – Section 481 Adjustment | 0 | 0 |
| c. Section 467 Rent Adjustment | (34,473) | (34,473) |
| d. 481 Adjustment to 467 Lease | 0 | 0 |
| **Total Adjustments to Ordinary Income** | 7,248 | 7,248 |

3. The Partnership agrees not to seek federal tax refunds for the 1996, 1997, or 1998 tax years based upon a reduction of income recognized by the Partnership in those years as a result of the $421,300 payment the Partnership received from BCED Minnesota, Inc. in 1988.

4. The parties will bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

GEOFFREY P. JARPE
Maslon, Edelman, Borman, & Brand
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8382
*Attorney for Plaintiff*

MARY E. BIELEFELD
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9375
*Attorney for Defendant*

The STIPULATION FOR ENTRY OF JUDGMENT of plaintiff and defendant is hereby approved. Accordingly, Judgment in accordance with the Stipulation shall be entered.

Dated this 29th day of November, 2001.

HONORABLE ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE